198 So. 162

### Daniel PINKERTON v. STATE.

#### 6 Div. 733.

Supreme Court of Alabama.

Oct. 10, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for petitioner.

Morel Montgomery, of Birmingham, opposed.

LIVINGSTON, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pinkerton v. State, 29 Ala.App. 472, 198 So. 157.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.